WARRANTY BUILDING AND LOAN ASSOCIATION, complainant,

*v.*

CIMIRRO CONSTRUCTION COMPANY, INCORPORATED, et al., defendants.

[Decided April 27th, 1933.]

*Mr. Daniel M. Litwin,* for the complainant.

*Mr. Samuel Kaufman* and *Mr. Richard E. Kohn,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *111 N. J. Eq. 8.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 14.

*For reversal*—None.